IN THE
TENTH COURT OF APPEALS



No. 10-10-00162-CV

ROBERT LARRY STEPHENS AS PERSONAL
REPRESENTATIVE AND HEIR OF THE
ESTATE OF MARY VIRGINIA STEPHENS,
JAMES STEPHENS, AND KENNETH STEPHENS,

                                            **Appellants**

 v.

BYRUM RANCH LLC,

                                            **Appellee**

From the 40th District Court
Ellis County, Texas
Trial Court No. 71396

## MEMORANDUM  OPINION

The Clerk of this Court notified the parties in an April 8, 2011 letter that the appellants' brief was overdue in this cause and that the appeal may be dismissed if a response showing grounds for continuing the appeal was not filed within twenty-one days.  No response has been received.

Accordingly, the appeal is dismissed for want of prosecution.  *See* Tex. R. App. P.

38.8(a)(1), 42.3(b).


                                              REX D. DAVIS
                                              Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Dismissed
Opinion delivered and filed May 18, 2011
[CV06]